UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MUNNS, | No. 2:16-cv-0888 MCE CKD P |
| Plaintiff, | |
| v. | ORDER |
| C. YOUNG, et al., | |
| Defendants. | |

Plaintiff, a state prisoner, is proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. The case proceeds on the amended complaint filed May 16, 2016, which concerns the alleged failure of San Quentin State Prison (SQSP) officials to transfer plaintiff's legal property and address his inmate grievances on the issue.

The federal venue statute provides that a civil action "may be brought in (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) if there is no district in which an action may otherwise be brought as provided in this action, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action." 28 U.S.C. § 1391(b).

////

1

1     In this case, defendants are SQSP officials.  See ECF No. 1 at 1-2; ECF No. 5 at 1.
Moreover, the alleged actions giving rise to plaintiff's claims occurred in Marin County, which is in the Northern District of California.  In the interest of justice, a federal court may transfer a complaint filed in the wrong district to the correct district.  See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

    Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Northern District of California.

Dated:  August 1, 2016

                                          /s/ Carolyn K. Delaney
                                          CAROLYN K. DELANEY
                                          UNITED STATES MAGISTRATE JUDGE

2 / munn0888.21